**Order entered April 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00419-CV

## IN RE MARVIN L. MALONE, Relator

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F85-98931-IM**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/     DAVID EVANS
          JUSTICE